**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas Crapo (14620)
Deputy Attorney General
Taylor Mosolf (15206)
Carina Wells (19112)
Assistant Attorneys General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310
crapo@agutah.gov
tmosolf@agutah.gov
cwells@agutah.gov

[*Additional Submitting Counsel on Signature Page*]

*Attorneys for Defendants Derek E. Brown and Katherine Hass*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SNAP INC., a Delaware corporation,<br><br>    *Plaintiff*,<br>v.<br><br>DEREK E. BROWN, in his official capacity as Attorney General of Utah,<br><br>KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>    *Defendants*. | **STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:25-cv-490<br><br>District Judge Jill N. Parrish |

Plaintiff Snap Inc. ("Snap") served the Complaint in this matter on Defendants Derek E. Brown and Katherine Hass ("Defendants") on June 26, 2025. (ECF Nos. 15, 16). Prior to serving the Complaint, Plaintiffs filed a motion with this Court for a temporary restraining order, which

was denied by this Court on June 23, 2025. (ECF Nos. 5, 12). Plaintiff thereafter filed a Motion for Preliminary Injunction on July 10, 2025. (ECF No. 26). Defendants' response to the Complaint is currently due on August 18, 2025. (ECF No. 24).

The Defendants have conferred with Snap who has agreed to stipulate to an extension of Defendants' deadline to respond to Snap's Motion for Preliminary Injunction (ECF No. 26) to August 18, 2025.[1] This is Defendants' first request for an extension of their response deadline and this request is being made prior to the deadline for Defendants to respond to Snap's Motion for Preliminary Injunction.

Defendants respectfully request that this Court extend Defendants' deadline to respond to the Motion for Preliminary Injunction to Monday August 18, 2025.

RESPECTFULLY SUBMITTED, this July 16, 2025

By: /s/ Taylor Mosolf
Douglas Crapo (14620)
Deputy Attorney General
Taylor Mosolf (15206)
Carina Wells (19112)
Assistant Attorneys General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310
crapo@agutah.gov
tmosolf@agutah.gov
cwells@agutah.gov

Jimmy Rock*
EDELSON PC
1255 Union Street NE, Suite 850

---

[1] Snap stipulates to this extension as a professional courtesy and without prejudice to the points it has raised in its pending motion for preliminary injunction.

Washington, DC 20002
(202) 270-4777
jrock@edelson.com

Shantel Chapple Knowlton*
EDELSON PC
350 North LaSalle Street, Suite 1400
Chicago, Illinois
(312) 589-6370
schappleknowlton@edelson.com

*Admitted *pro hac vice*

*Attorneys for Defendants*