**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas Crapo (14620)
Deputy Attorney General
Taylor Mosolf (15206)
Carina Wells (19112)
Assistant Attorneys General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310
crapo@agutah.gov
tmosolf@agutah.gov
cwells@agutah.gov

*Attorneys for Defendants Derek E. Brown and Katherine Hass*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SNAP INC., a Delaware corporation,<br><br>*Plaintiff*,<br>v.<br><br>DEREK E. BROWN, in his official capacity as Attorney General of Utah,<br><br>KATHERINE HASS, in her official capacity as Director of the Division of Consumer Protection of the Utah Department of Commerce,<br><br>*Defendants*. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:25-cv-490<br><br>District Judge Jill N. Parrish |

Before the court is Defendants' Stipulated Motion for Extension of Time. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED and that Defendants'

1

deadline to respond to the Motion for Preliminary Injunction is Monday, August 18, 2025.

DATED this ___ day of _____, 2025.

                                        BY THE COURT:

                                        _____
                                        Jill N. Parrish
                                        United States District Judge